IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EMANUEL DELEON FIELDS | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | |
| | § | NO. 3-06-CV-0236-N |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is petitioner's second motion for Certificate of Appealability, entitled "Petition for Certificate of Appealability," which was filed June 15, 2007. Following petitioner's first Notice of Appeal, which was filed on May 29, 2007, the Court denied petitioner's first motion for Certificate of Appealability in an Order dated June 4, 2007. In its Order, the Court adopted and incorporated by reference the Magistrate Judge's Findings and Recommendation filed in this case on November 6, 2006, in support of its finding that Petitioner had failed to make a substantial showing of the denial of a federal constitutional right. *See* Order, 6/4/07 (citing *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 1602, 146 L.Ed.2d 542 (2000)). For the same reasons stated in its Order of June 4, 2007, the Court denies Petitioner's second motion for Certificate of Appealability.

SO ORDERED.

DATED:    June 20, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE